1  LAW OFFICES OF AMY N. TIRRE,                    E-Filed:   November 3, 2011
   A Professional Corporation
2  AMY N. TIRRE, ESQ.  #6523
   3715 Lakeside Drive, Suite A
3  Reno, NV 89509
   (775) 828-0909 Telephone
4  (775) 828-0914 Facsimile
   E-mail:  amy@amytirrelaw.com
5
   KATTEN MUCHIN ROSENMAN LLP
6  JOSHUA D. WAYSER (CA SBN 152711)
   2029 Century Park East, Suite 2600
7  Los Angeles, CA 90067
   Telephone: 213.485.1500
8  Fax: 310.712.8416
   E-mail: joshua.wayser@kattenlaw.com
9
   Attorneys for Senior Lender
10 U.S. Bank National Association, a national banking association,
   as successor-in-interest to the Federal Deposit Insurance Corporation,
11 Receiver for California National Bank

12                  **UNITED STATES BANKRUPTCY COURT**

13                          **DISTRICT OF NEVADA**

14 | In re | Case No. BK-N-11-52458-GWZ |

15 | CAVIATA ATTACHED HOMES, LLC, | Chapter 11 |

16
17 |              Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE AND DENYING MOTION FOR RELIEF FROM STAY** |
18
19
20 | | Hearing Date:   October 7, 2011<br>Hearing Time:  2:00 p.m.<br>Est. Hearing:    5 minutes |
21

22        PLEASE TAKE NOTICE that on the 27th day of October, 2011, the Court entered its

23 *Order Granting Motion to Dismiss Chapter 11 Case and Denying Motion for Relief from Stay* in

24 / / /

25 / / /

26

27

28

-1-

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

-2-

the above-referenced matter as Docket No. 75.  A copy of said Order is attached hereto as Exhibit A.

DATED this November 3, 2011.

LAW OFFICES OF AMY N. TIRRE, APC
KATTEN MUCHIN ROSENMAN, LLP


By: /s/ Amy N. Tirre_____
AMY N. TIRRE, ESQ.
JOSHUA D. WAYSER, ESQ.

Attorneys for Senior Lender
U.S. Bank National Association, a national banking
association, as successor-in-interest to the Federal
Deposit Insurance Corporation,
Receiver for California National Bank

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

-2-

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Law Offices of Amy N. Tirre, that I am over the age of 18 and not a party to the above-referenced case, and that on November 3, 2011 I filed and served the **NOTICE OF ENTRY OF ORDER** as indicated:

___x___    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

- ALAN R SMITH      mail@asmithlaw.com, turk@asmithlaw.com
- U.S. TRUSTEE - RN - 11      USTPRegion17.RE.ECF@usdoj.gov

_____    **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the Document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below.

_____    **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 3 November 2011, with postage thereon fully prepaid in the ordinary course of business.

DATED this November 3, 2011.

_____/s/ Andrea Black_____
An Employee of Law Offices of Amy N. Tirre

-3-

EXHIBIT "A"

EXHIBIT "A"

Entered on Docket
October 27, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

LAW OFFICES OF AMY N. TIRRE
A Professional Corporation
AMY N. TIRRE, ESQ. #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
Email: amy@amytirrelaw.com

Katten Muchin Rosenman LLP
Joshua D. Wayser, Esq. (CA SBN: 152711)
2029 Century Park East
Los Angeles, California 90067
(310) 788-4400 Telephone
(310) 788-4471 Facsimile
Email: joshua.wayser@kattenlaw.com

Attorneys for Senior Lender
U.S. Bank National Association, a national banking association,
as successor-in-interest to the Federal Deposit Insurance Corporation,
receiver for California National Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. 11-52458 |
|---|---|
| CAVIATA ATTACHED HOMES, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE AND DENYING MOTION FOR RELIEF FROM STAY** |
| | Hearing Date: October 7, 2011<br>Hearing Time: 2:00 p.m. |

ORDER GRANTING MOTION TO DISMISS CASE

U.S. Bank National Association, a national banking association, as successor-in-interest to the Federal Deposit Insurance Corporation, receiver for California National Bank ("Senior Lender"), by and through its attorneys, having filed its *Motion For Relief from Stay or, in the Alternative, to Dismiss Chapter 11 Case* on September 9, 2011 as Docket No. 46; the Motion and hearing having been properly noticed; Senior Lender, appearing through its counsel, Joshua D. Wayser, Esq., and Amy N. Tirre, Esq., and Debtor Caviata Attached Homes, LLC ("Debtor"), appearing through its counsel, Alan R. Smith, Esq.; and the Court having considered the pleadings and papers on file herein and the arguments of counsel and having stated its findings of fact and conclusions of law on the record in open court pursuant to Federal Rule of Civil Procedure 52, made applicable by Federal Rule of Bankruptcy Procedure 7052 and good cause appearing,

IT IS HEREBY ORDERED that:

(1)     The Motion to Dismiss is hereby GRANTED; and

(2)     The Motion for Relief from the Automatic Stay is DENIED as moot.

Submitted by:

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation

By: /s/ Amy N. Tirre
　　　AMY N. TIRRE, ESQ.

*Counsel for U.S. Bank National Association*

APPROVED/~~DISAPPROVED~~

By:　　/s/ Alan R. Smith
　　　ALAN R. SMITH, ESQ.

*Counsel for Debtor Caviata Attached Homes, LLC*

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

2

**ALTERNATIVE METHOD RE: RULE 9021**:

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐    The Court has waived the requirement of approval under LR 9021.

☐    This is a chapter 7 or 13 case, and either with the motion or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the documents]:

  •

☐    This is a chapter 9, 11 or 15 case, and either with the motion or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the documents]:

  •    ALAN R. SMITH- Approved

☐    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###

Katten

KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax